

**MEMO ENDORSED**

Alan Levine
T: (212) 479-6260
F: (212) 479-6275
alevine@cooley.com

BY HAND

December 18, 2009

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007-1312

RE: **Daniel Gordon and USA v. Gordon, 03 Cr. 1494**

Dear Judge Buchwald:

It is our understanding that supervised probation period of the above referenced action has been transferred to the assignment committee from Judge Lynch to your Honor. This is an application for the Court's approval of proposed travel of the above-identified defendant now on a period of supervisory probation; the specified request is for the period Mr. Daniel Gordon is to travel to the Riviera Maya, Mexico on or about December 27, 2009 returning on January 3, 2010.

Mr. Gordon was sentenced on or about October 14, 2005 for a period of imprisonment and completed a custodial portion of his sentence in or about 2007.

That period of imprisonment was to be followed by a period of supervised probation. Last December the U.S. Probation Department authorized the identical trip, but we understand a new policy requires approval by the U.S District Court Judge for international travel.

Accordingly, we respectfully make the foregoing request.

Very truly yours,

Alan Levine

AL:ljs

Cc: Sonaiez Gonzalez, U.S. Probation Department (via facsimile)

*[Handwritten endorsement:] Application granted. So Ordered. [signed] Naomi Reice Buchwald USDJ 12/18/09*