## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Laura Taylor Swain<br>U.S. District Judge<br>PART I | OFFENSE: Wire Fraud 18 U.S.C. 1343, a Class B Felony; Money Laundering 18 U.S.C. 1956(a)(1)(B)(1), a Class C Felony; Conspiracy to Falsify Books and Records 18 U.S.C. 371, a Class D Felony. |
| | | ORIGINAL SENTENCE: Forty-two (42) months imprisonment, followed by a three (3) year term of supervised release. |
| FROM: | Giavonnii A. Foderingham<br>U.S. Probation Officer Asst. | SPEC. CONDITIONS: The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is compliant with the installment payment schedule. The defendant shall comply with the payment of the fine imposed by this Court in the amount of $100,000. The defendant shall comply with the order of forfeiture imposed by this Court in the amount of $43 million. $300 special assessment. |
| | | AUSA: Jane Levine |
| RE: | Daniel L. Gordon<br>Docket # 03-CR-1494-01 | DEF ATTY: Alan Levine |
| | | MED: May 4, 2011 |

DATE OF SENTENCE: October 14, 2005

DATE: August 2, 2010

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
                              VIOLATION   PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION  X

---

### PERMISSION FOR INTERNATIONAL TRAVEL

The purpose of this petition is to respectfully request that the releasee be granted permission to travel to London, England.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 AUG 2010

Daniel L. Gordon                                                    Docket #: 03-CR-1494-01

-2-

## SUPERVISION ADJUSTMENT

On October 14, 2005, Daniel Gordon was sentenced by the Honorable Gerard E. Lynch to forty-two (42) months imprisonment, followed by a three (3) year term of supervised release after pleading guilty to Wire Fraud 18 U.S.C. 1343, a Class B Felony; Money Laundering 18 U.S.C. 1956(a)(1)(B)(1), a Class C Felony; Conspiracy to Falsify Books and Records 18 U.S.C. 371, a Class D Felony. In addition, the Court ordered the special conditions of no new credit charges, a $100,000 fine and compliance with the forfeiture order in the amount of $43 million. A $300 special assessment was also imposed. On December 17, 2009, this case was assigned to the Honorable Naomi Reice Buchwald.

On May 5, 2010, Gordon was released from the custody of the Bureau of Prisons, at which time he commenced his three (3) year term of supervised release. To date, the releasee has been compliant with the conditions of supervised release, he maintains a stable residence and employment and satisfied his $300 special assessment and $100,000 fine imposed by the Court. Additionally, in October 2009, the releasee was placed on Low Intensity supervision, which only requires Mr. Gordon to report annually and submit monthly supervision reports.

On July 23, 2010, the probation office submitted a request to Judge Buchwald, requesting that Gordon be granted permission to travel to Dubai from August 16, 2010 to August 22, 2010. It is worthy to note that Judge Buchwald approved said request. However, on July 30, 2010, Gordon's attorney, Alan Levine, forwarded a request to Judge Buchwald on Mr. Gordon's behalf requesting permission for him to travel to Capetown, South Africa from August 8, 2010, to August 9, 2010 and London England from August 10, 2010, to August 11, 2010 for business purposes.

On August 2, 2010, Gordon requested permission to travel to London, England from August 7, 2010, to August 12, 2010. Notably, Mr. Gordon does not need to travel to Capetown, South Africa and/or his original requested destination of Dubai.

Daniel L. Gordon                                           Docket #: 03-CR-1494-01

-3-

**RECOMMENDATION**

As Judge Buchwald is presently unavailable, we approach Your Honor with our request. Given Judge Buchwald's prior approval for international travel, we respectfully recommend that Your Honor grant Mr. Gordon permission to travel to London, England. We stand ready to follow the directives of the Court and have attached a response page to facilitate Your Honor's reply.

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Probation Officer

Giavonni A. Poderingham
U.S. Probation Officer Asst.
212-805-5082

Approved by: _____  8/2/10
Enid Febus                              Date
Supervising U.S. Probation Officer



42287/GAF

Daniel L. Gordon
03-CR-1494-01

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]  Permission To Travel To London, England Granted

[ ]  Permission To Travel Denied

[ ]  Other

_____
_____
_____

_____ (Paul I)
Signature of Judicial Officer

8/3/2010
Date