# Cooley
LLP

**MEMO ENDORSED**

Alan Levine
T: (212) 479-6260
F: (212) 479-6275
alevine@cooley.com

BY HAND



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

**MEMO ENDORSED**

UNITED STATES COURT JUDGE

February 17, 2011

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2011

RE: **Daniel Gordon and USA v. Gordon, 03 Cr. 1494**

Dear Judge Buchwald:

It is our understanding that supervised probation period of the above referenced action was transferred to the assignment committee from Judge Lynch to your Honor in December 2009.

This is an application for the Court's approval of proposed travel of the above-identified defendant now on a period of supervisory probation; the specified request is for the period Mr. Daniel Gordon is to travel for business to Dubai on March 8 until March 13 then traveling to London from March 13 to March 17, 2011 before returning to New York on March 17, 2011.

Mr. Gordon was sentenced on or about October 14, 2005 for a period of imprisonment and completed a custodial portion of his sentence in or about 2007. That period of imprisonment was to be followed by a period of supervised probation. This Court approved a request for travel to Mexico for a week in December 2009 – January 2010, to London, England on August 10-11, 2010, and then to the Bahamas, on November 25-28, 2010 which Mr. Gordon successfully completed.

Accordingly, we respectfully make the foregoing request.

Very truly yours,

*[signature]*
Alan Levine

AL:ljs

cc: Sonalez Gonzalez, U.S. Probation Department (via facsimile)

*Application granted.*
*Naomi Reice Buchwald*
*USDJ*
*2/18/11*